UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TNT Finical, Inc.,

                Plaintiff,        Case No. 25-cv-12181

v.                                 Judith E. Levy
                                 United States District Judge

Shantae M. Jones,
                                 Mag. Judge Elizabeth A. Stafford
                Defendant.

_____/

**ORDER STRIKING NOTICE OF REMOVAL [1] AND
ORDER FOR DEFENDANT TO SHOW CAUSE**

The Court has reviewed the notice of removal. (ECF No. 1.) The Court strikes that document for the following reason(s):

☐ Missing statement of concurrence or the statement of concurrence does not comply with Local Rule 7.1(a). *See* E.D. Mich. LR 7.1(a).

☐ Wrong font size or improper formatting (e.g., single-spaced, improper margins, no page numbers, etc.). *See* E.D. Mich. LR 5.1(a)(2)–(3).

☐ Over-length. *See* E.D. Mich. LR 7.1(d)(3).

☐ Brief missing required information (e.g., concise statement of issues, controlling or most appropriate authority). *See* E.D. Mich. LR 7.1(d)(2).

☐ Exhibits do not comply with Rule 19(b) of the Electronic Filing Policies and Procedures (e.g., index, separate attachment for each exhibit). *See* E.D. Mich. LR 5.1(d)(1), 5.1.1(a).

☒ Contains information that must be redacted (e.g., social security number, taxpayer identification number, birth date, minor's name, financial account number). *See* Fed. R. Civ. P. 5.2.

☐ Non-compliance with Local Rule 5.3 regarding filing an item under seal in a civil case. *See* E.D. Mich. LR 5.3.

☐ Other: _____.

The document (ECF No. 1) is STRICKEN and not part of the record. By **August 6, 2025**, Defendant Shantae M. Jones must file a redacted version of the removal notice in full compliance with the applicable rule(s).

Moreover, the docket sheet for the state-court case being removed (Case No. 2025-0000050484-AV) reflects that Defendant is the plaintiff in the state-court action. "Sections 1446(a) and 1455(a) of Title 28 authorize only the state-court defendants to remove cases to federal court." 14C Charles Alan Wright et al., *Fed. Prac. & Proc. Juris.* § 3730 (Rev. 4th ed. 2025). Nothing in the removal notice demonstrates that an exception applies that allows Defendant (the plaintiff in the state-court action) to remove the case to this Court. Accordingly, by **August 6,**

**2025**, Defendant must show cause in writing why the case should not be dismissed because the removal was improper.

**Failure to comply with this order will result in sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: July 23, 2025                s/Judith E. Levy
   Ann Arbor, Michigan             JUDITH E. LEVY
                                    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 23, 2025.

                                                 s/William Barkholz
                                                 WILLIAM BARKHOLZ
                                                 Case Manager